PATRICIA K. GILLETTE (Bar No. 74461)
MICHELLE A. ROJAS (Bar No. 215365)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone (415) 772-6000
Facsimile (415) 772-6268

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

ROBERT C. HUBBS (No. 145641)
KNEISLER, SCHONDEL & HUBBS
P.O. Box 5767
Santa Rosa, CA 95402-5767
Telephone: (707) 542-5132
Facsimile: (707) 547-2212

Attorney for Plaintiff
MICHAEL AMOROSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AMOROSO,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: C 04 03917 JCS<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>The Honorable Joseph C. Spero<br>Date: June 23, 2005<br>Time: 2:30 p.m.<br>Ctrm: Courtroom A, 15th Floor |

The parties, Plaintiff Michael Amoroso and Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), through their attorneys of record, hereby stipulate and request that the Court order as follows:

1. A Case Management Conference ("CMC") is currently scheduled in this action for June 23, 2005 at 2:30 p.m.

2. This case has been referred to the Court's Alternative Dispute Resolution program and is presently scheduled for mediation before Jeffrey A. Ross on June 27, 2005.

Heller Ehrman LLP

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE:
CASE NO.: C 04 03917 JCS

3. In light of the scheduled mediation, the parties agree that it is more appropriate, and a better use of the Court's time and resources, to continue the CMC until after the mediation has been completed.

4. Therefore, the parties, through their attorneys of record, hereby stipulate to continue the CMC until July 29, 2005 and respectfully request that the Court reset the CMC for that date.

DATED: June 16, 2005

HELLER EHRMAN LLP

By: /s/ Michelle Rojas
PATRICIA K. GILLETTE
MICHELLE A. ROJAS
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

DATED: June 16, 2005

KNEISLER, SCHONDEL & HUBBS

By: /s/ Robert C. Hubbs
ROBERT C. HUBBS
Attorney for Plaintiff
MICHAEL AMOROSO

[PROPOSED] ORDER

Based on the foregoing stipulation between the parties, and good cause appearing, IT IS HEREBY ORDERED that the Case Management Conference is continued to July 29, 2005, at 1:30 p.m.

DATED: June 17, 2005

/s/ Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

-2-

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE:
CASE NO.: C 04 03917 JCS