ROBERT C. HUBBS (No. 145641)
KNEISLER, SCHONDEL & HUBBS
P.O. Box 5767
Santa Rosa, CA 95402-5767
Telephone: (707) 542-5132
Facsimile: (707) 547-2212

Attorney for Plaintiff
MICHAEL AMOROSO

PATRICIA K. GILLETTE, State Bar No. 74461
MICHELLE A. ROJAS, State Bar No. 215365
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone (415) 772-6000

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AMOROSO,<br><br>       Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE and DOES 1 to 50, inclusive,<br><br>       Defendants. | Case No.: C 04 03917 JCS<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>The Honorable Joseph C. Spero<br><br>Trial Date: April 17, 2006<br>Time:       9:30 a.m. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Michael Amoroso and Defendant State Farm Mutual Automobile Insurance Company, through their respective counsel of record, hereby stipulate to a dismissal with prejudice of all claims brought in this action, and respectfully request the Court to enter an Order dismissing the entire action with prejudice.

DATED: July 8, 2005

KNEISLER, SCHONDEL & HUBBS

By _____
ROBERT C. HUBBS
Attorney for Plaintiff
MICHAEL AMOROSO

DATED: July 19, 2005

HELLER EHRMAN LLP

By _____
PATRICIA K. GILLETTE
MICHELLE A. ROJAS
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

SO ORDERED.

Dated: July 20, 2005

/s/ Joseph C. Spero
United States Magistrate Judge

-2-